**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

PJD ENTERTAINMENT, INC., D/B/A
SAVANNAH'S ON HANNA,

          Petitioner

          v.

DEPARTMENT OF HEALTH, BUREAU
OF HEALTH PROMOTION AND RISK
REDUCTION,

          Respondent

: No. 153 MAL 2016
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.